UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 05CR0527-JAH |
| Plaintiff, | |
| v. | ORDER |
| TIMOTHY VILSACK, | |
| Defendant. | |

Upon the motion of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed with prejudice as to defendant TIMOTHY VILSACK.

DATED: May 16, 2013

_____
HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE